# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043    For payments Only:
**Trustee**              Facsimile: (518) 449-2473    P.O Box 1918
**Bonnie Baker, Esq.**                                Memphis, TN 38101-1918
**Assoc. Attorney**

November 16, 2010

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:    07-60598        David & Tiffany Rowe

To Whom It May Concern:

Enclosed please find check **#810593** in the amount of **$17.48**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.      29

    Account#       3431

    Creditor       CBCS
                   821 Pre Emption Rd, Ste 1
                   Geneva, NY 14456

RECEIVED
NOV 17 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli